UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN M. HJELTNESS, | Case No:  C 10-1858 SBA |
| Petitioner, | **JUDGMENT** |
| vs. | |
| JAVIER CAVAZOS, | |
| Respondent. | |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: September 30, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge